

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00163-CV

Helen **LEYENDECKER**,
Appellant

v.

Romeo **URIBE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI04433
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that Appellant Helen Leyendecker recover the costs of this appeal from Appellee Romeo Uribe.

SIGNED January 17, 2018.

_____
Irene Rios, Justice